UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                                    22-CR-79 (PKC)

STEPHEN BURTON and JAMES
WELLESLEY,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Benjamin Weintraub from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

> Assistant U.S. Attorney Benjamin Weintraub
> United States Attorney's Office (Criminal Division)
> 271-A Cadman Plaza East
> Brooklyn, New York 11201
> Tel: (718) 254-6519
> Email: benjamin.weintraub@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Benjamin Weintraub at the email address set forth above.

Dated:  Brooklyn, New York
        January 11, 2024

                                                Respectfully submitted,

                                                BREON PEACE
                                                United States Attorney

                                  By:    /s/ Benjamin Weintraub
                                           Benjamin Weintraub
                                           Assistant U.S. Attorney

cc:     Clerk of the Court (PKC)