# MINUTE ENTRY FOR ARRAIGNMENT PROCEEDING

| | |
|---|---|
| **MAGISTRATE JUDGE:** Robert Levy | **DATE:** 7/11/2025 |
| **CLERK:** D. Wright | |
| **DOCKET #:** 22 CR 79(PKC) | **LOG TIME:** 2:23-2:27pm |
| **DEFENDANTS NAME:** James Wellesley | |

| | | | |
|---|---|---|---|
| **x** Present | ___ Not Present | **x** Custody | ___ Bail |

**DEFENSE COUNSEL:** Michael Weil

| | | | |
|---|---|---|---|
| ___ Court Appointed | **x** Federal Defender | ___ CJA | ___ Retained |

**A.U.S.A:** Benjamin Weintraub

| | |
|---|---|
| **INTERPRETER:** | **LANGUAGE:** |

Defendant arraigned on the: ___ Complaint **x** Indictment ___ Superseding Indictment ___ Probation Violation

| | |
|---|---|
| **x** Defendant pleads NOT GUILTY to ALL counts. | **x** Defendants first appearance. |
| ___ Government Agent Sworn | **x** Rule 5f warnings given to the govt. |
| **x** DETENTION HEARING Held. | ___ BAIL HEARING Held. |

___ Bond set at $

**Defendant:** ___ released ___ held pending satisfaction of bond conditions.

___ Defendant advised of bond conditions set by the Court and signed the bond.

___ Surety/ies sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody. ___ Leave to reopen granted.

| | |
|---|---|
| ___ Order scheduling a Detention Hearing entered. | ___ Bail Hearing set for _____ |
| ___ Preliminary Hearing set for | ___ Preliminary Hearing waived by defendant |

**x** At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate Judge or to the District Court Judge to whom the case will be assigned.

| | | |
|---|---|---|
| **x** Order of Excludable Delay/Speedy Trial entered. | Start Date: 7/11/2025 | End Date: 7/24/2025 |

| | |
|---|---|
| **Removal District:** | **Removal District Case Number:** |
| ___ Removal (Rule 5) Proceeding held. | |
| ___ Identity hearing held | **Court:** ___ Orders removal ___ Denies Removal |
| ___ Defendant waives Identity hearing | ___ Defendant waives Preliminary hearing |

___ No bail application presented to the court. Commitment to the District entered.

**x** Medical memo issued.

___ Defendant failed to appear; bench warrant issued.

**x** Status conference set for **7/24/2025** @ **10:30am** before District Judge: Chen

**Other Rulings:** The government opposed bail for reasons stated on the record. At this time defense counsel did not have a bail application to present. Order of Detention entered.