# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200  Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director and*
*Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

The Honorable Pamela K Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

April 17, 2026

*United States v. James Wellesley*, 22 CR 79 (PKC)

Your Honor:

        I represent Mr. Wellesley, who was convicted by guilty plea of Conspiracy to Commit Wire Fraud.  The PSR estimates his Guidelines at 121-151 months.

        Yesterday, the United States Sentencing Commission promulgated proposed amendments to the loss Guideline in U.S.S.G. 2B1.1 to account for inflation.  The relevant pages of the proposed amendments from the Commission's website are attached.  The Guideline had not been adjusted for inflation since 2015.  The amendment would have the effect of lowering the Guidelines in this case by two levels as a loss of $83.4 million would, under the amendment, result in a 22-point enhancement to Mr. Wellesley's offense level instead of the current 24-point enhancement.  This would in turn lower Mr. Wellesley's ultimate Guideline range from 121-151 months to 97-121 months.

        To be clear, the Guidelines are correctly calculated in the PSR and the Court is obligated to apply the Guidelines as they are written now.  Congress could reject this amendment.  Nonetheless, though a district court is clearly not required to consider a pending amendment pursuant to 18 U.S.C. § 3553, courts may and often do so.   *United States v. McMillan*, 863 F.3d 1053, 1058 (8th Cir. 2017); *United States v. Hayden*, 775 F.3d 847, 850 (7th Cir. 2014): *Brown v. United States,* No. 14-CR-0659 (NSR), 2023 WL 3976933, at *3 (S.D.N.Y. June 13, 2023).  Given the common-sense nature of this amendment, and the fact that a similar one was enacted some 11 years ago, the defense submits this adjustment should inform court's decision under 18 U.S.C. § 3553.

Respectfully submitted,
/ *s*/
Michael D. Weil
Michael_weil@fd.org
(718) 407-7413

cc:    AUSA Benjamin Weintraub
       Probation Officer Erica Vest